# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 23-2423-AH(JCx) | Date | APRIL 3, 2025 |
| Title: | ABEL A. RODRIGUEZ V. ADIR INTERNATIONAL, LLC., ET AL., | | |

Present: The Honorable  ANNE HWANG, UNITED STATES DISTRICT COURT JUDGE PRESIDING

| YOLANDA SKIPPER | MIRANDA ALGORRI |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Matthew M. Loker<br>Charles Cummins | Elizabeth VanHorn<br>Teresa Morin |

X  Day Court Trial     **3RD (held and completed)**  **Day Jury Trial**

☐ The Jury is impaneled and sworn.
☐ Opening statements made by
☐ Witnesses called, sworn and testified.     ☐ Exhibits identified.     ☐ Exhibits admitted.
☐ Plaintiff(s) rest.     ☐ Defendant(s) rest.
☐ Closing arguments made by     ☐ plaintiff(s)     ☐ defendant(s).     ☐ Court instructs jury.
☐ Bailiff(s) sworn.     ☐ Jury retires to deliberate.     X Jury resumes deliberations.
X Jury Verdict in favor of     X plaintiff(s) is read and filed     ☐ defendant(s) is read and filed.
X Jury polled.     ☐ Polling waived.
X Filed Witness & Exhibit Lists     X Filed jury notes.     X Filed jury instructions.
☐ Judgment by Court for _____     ☐ plaintiff(s)     ☐ defendant(s).
☐ Findings, Conclusions of Law & Judgment to be prepared by     ☐ plaintiff(s)     ☐ defendant(s).
☐ Case submitted.     Briefs to be filed by _____
☐ Motion to dismiss by _____     is     ☐ granted.     ☐ denied.     ☐ submitted.
☐ Motion for mistrial by _____     is     ☐ granted.     ☐ denied.     ☐ submitted.
☐ Motion for Judgment/Directed Verdict by _____     is     ☐ granted.     ☐ denied.     ☐ submitted.
☐ Settlement reached and placed on the record.
☐ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
☐ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
☐ Trial subpoenaed documents returned to subpoenaing party.
☐ Case continued to _____ for further trial/further jury deliberation.
X Other:  Court thanks and discharges the jurors.

| | | 1 | : | 14 |
|---|---|---|---|---|
| | Initials of Deputy Clerk | YS | | |

cc:  all parties of record