FILED
CLERK, U.S. DISTRICT COURT

APRIL 3, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___YS___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL A. RODRIGUEZ,<br><br>　　　　　　　　PLAINTIFF(S),<br>v.<br><br>ADIR INTERNATIONAL, LLC., D/B/A CURACAO, ET AL.,<br>　　　　　　　　DEFENDANTS. | CASE NUMBER<br><br>ED CV 23-2423-AH(JCx)<br><br><br>JUDGMENT ON THE VERDICT<br><br>FOR PLAINTIFF (S)　　　[JS-6] |

　　This action having been tried before the Court for jury trial, the Honorable ANNE HWANG, District Judge, presiding; and the issues having been duly tried and the jury having duly rendered its verdict,

　　IT IS ORDERED AND ADJUDGED that the plaintiff(s) ABEL A. RODRIGUEZ, shall recover of the defendants ADIR INTERNATIONAL, LLC., D/B/A CURACAO, the sum as stated on the verdict, and that the action be dismissed on the merits, pursuant to the verdict filed APRIL 3, 2025.

Dated __APRIL 3, 2025__　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT
at ____3:40 P.M.____

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Yolanda Skipper
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:　Counsel of record

CV-49　　　　　　　　JUDGMENT ON THE VERDICT FOR PLAINTIFF(S)