# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABEL A. RODRIGUEZ,** | **Case No.:** 5:23-CV-02423-AH-JCx |
| Plaintiff, | **JUDGMENT** |
| v. | **HON. ANNE HWANG** |
| **ADIR INTERNATIONAL, LLC D/B/A CURACAO; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| Defendants. | |

Judgment on the Verdict for Plaintiff ABEL A. RODRIGUEZ ("Rodriguez") was entered on April 3, 2025. Dkt. No. 94.

Rodriguez's Motion for Attorneys' Fees and Costs came on regularly for hearing on June 11, 2025, in Courtroom 7D of the above-entitled Court with a supplemental hearing on June 25, 2025. Dkt. Nos. 109, 117.

On June 26, 2025, this Court entered an Order Granting in Part Rodriguez's Motion for Attorneys' Fees. Dkt. No. 118.

Judgment is now entered in favor of Rodriguez and against Defendant ADIR INTERNATIONAL, LLC D/B/A CURACAO as follows:

Rodriguez shall receive a total of $60,000, consisting of $40,000 for violations of the FCRA; and, $20,000 for violations of the CCCRAA.

The Court awards Rodriguez $211,819.05 in attorneys' fees.

The Court further awards Rodriguez $13,557.77 in litigation costs.

**IT IS SO ORDERED**

Dated: **JUNE 27, 2025**

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

CC:FISCAL